AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rovner, Ilana D. | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>08/16/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emertius, Board of Trustees | Illinois Institute of Technology |
| 2. | Member, Board of Overseers | IIT-Chicago Kent College of Law |
| 3. | Life Member, Board of Directors | Shirley Ryan Ability Lab (Formerly Rehabilitation Institue of Chicago) |
| 4. | Trustee | Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly | Rush Retirement Plan of Deceased Spouse See Note 1 | $10,038.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA Acct #5 (H) | | | | | | | | | |
| 2.  -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 3.  -Fidelity Government Income | A | Dividend | J | T | | | | | |
| 4.  -Fidelity Government Money Mkt | A | Dividend | J | T | | | | | |
| 5.  -Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 6.  -Fidelity Canada | A | Dividend | J | T | | | | | |
| 7.  Trust #1 - Account No. 2 (H) | | | J | T | | | | | |
| 8.  -Schwab Bank | A | Dividend | M | T | Open | 03/22/18 | M | | |
| 9.  -Schwab Signature Bank | A | Dividend | M | T | Open | 03/22/18 | M | | |
| 10.  -Sch AMT TF Money Market Fd (SWFXX) | B | Dividend | | | Closed | 03/22/18 | N | | |
| 11.  -Sch AMT Tax-Free Money Mt fd (SWWXX) | B | Dividend | M | T | | | | | |
| 12.  -Intel Corp CS | A | Dividend | J | T | | | | | |
| 13.  -Marriott Intl Inc. Cl A CS | B | Dividend | N | T | | | | | |
| 14.  -Medtronic, Inc | A | Dividend | K | T | | | | | |
| 15.  -Buckeye Partners LP | A | Dividend | J | T | | | | | |
| 16.  -Citigroup Inc | A | Dividend | J | T | | | | | |
| 17.  -Wells Fargo & Co. 8.00% Pfd | A | Dividend | | | Redeemed | 09/17/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -T Rowe Price Tax Free Short Term Interm | B | Dividend | M | T | | | | | |
| 19. -Vanguard GNMA Fund | C | Dividend | M | T | Sold (part) | 08/28/18 | K | | |
| 20. -Wells Fargo Advantage S/T Muni Bd Inv | A | Dividend | L | T | | | | | |
| 21. -Teradata Corp0 | | None | J | T | | | | | |
| 22. -NCR | | None | J | T | | | | | |
| 23. -Travelers Companies Inc | A | Dividend | J | T | | | | | |
| 24. -Marriott Vacations | C | Dividend | K | T | | | | | |
| 25. -Boeing Co | A | Dividend | K | T | | | | | |
| 26. -Ford Motor Company | A | Dividend | J | T | | | | | |
| 27. -T J X COS, Inc. | A | Dividend | J | T | Buy (add'l) | 08/21/18 | J | | |
| 28. -Lockheed Martin | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 29. IRA Acct #8 (H) | | | | | | | | | |
| 30. -Schwab Bank | A | Interest | L | T | | | | | |
| 31. -Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 32. -Vanguard GNMA Fund | C | Dividend | M | T | | | | | |
| 33. -Vanguard Short Term Invesmt Grade Bond Fd | A | Dividend | K | T | | | | | |
| 34. -TRowe Price New Era Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Sequoia Fund | B | Dividend | J | T | | | | | |
| 36. -Cerner | | None | K | T | | | | | |
| 37. -Citigroup Inc | A | Dividend | J | T | | | | | |
| 38. -Devon Energy Corp | A | Dividend | J | T | Sold (part) | 08/21/18 | J | | |
| 39. -Dominion EnergyRes Inc va | B | Dividend | K | T | | | | | |
| 40. -Kinder Morgan Inc. | A | Dividend | J | T | | | | | |
| 41. -Pimco Corp Income Fund | C | Dividend | K | T | | | | | |
| 42. -Verizon Communications | B | Dividend | K | T | | | | | |
| 43. -Allergan PLC | A | Dividend | K | T | | | | | |
| 44. -Harbor Bond Fund Inst Cl | A | Dividend | K | T | | | | | |
| 45. -TCW Total Return Bond | B | Dividend | K | T | | | | | |
| 46. -Thompson Bond Fund | B | Dividend | K | T | | | | | |
| 47. -Annaly Capital Mgmt | B | Dividend | K | T | | | | | |
| 48. -Government Ppty Income Tr | A | Dividend | J | T | | | | | |
| 49. -Ishares Iboxx Investment Grade Bond ETF | A | Dividend | J | T | | | | | |
| 50. -Spdr Gold Trust | | None | J | T | | | | | |
| 51. -Blackrock Enhcd Cap & Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Visa Inc Cl A | A | Dividend | K | T | | | | | |
| 53. -Guggenheim Enhanced Eqty Income Fund | A | Dividend | J | T | Sold (part) | 08/21/18 | J | | |
| 54. Trust #4 (H) | | | | | | | | | |
| 55. -Fidelity Government Money Market (SPAXX) | A | Dividend | K | T | | | | | |
| 56. -Fidelity Municipal Money Market (FTEXX) | B | Dividend | M | T | | | | | |
| 57. -AT&T Inc Com | B | Dividend | K | T | | | | | |
| 58. -Anadarko Pete Corp | A | Dividend | J | T | | | | | |
| 59. -Apple Inc | A | Dividend | K | T | | | | | |
| 60. -Enbridge Energy Partners LP | A | Dividend | | | Merged (with line 62) | 12/20/18 | J | | |
| 61. -Embridge Inc | | | J | T | Open | 12/20/18 | J | | |
| 62. -Forits In Com ISIN | A | Dividend | J | T | | | | | |
| 63. -Ishares Inc MSCI Canada Index Fd | A | Dividend | K | T | | | | | |
| 64. -Pimco Mun Income Fd II | B | Dividend | K | T | | | | | |
| 65. -SPDR Ser Tr Morgan Stanley Tech | A | Dividend | J | T | | | | | |
| 66. -Tata Motors Limited Adr Ea Rep | | None | J | T | | | | | |
| 67. -American Century Inter Term Tax Free Bond (TWTIX) | A | Dividend | K | T | | | | | |
| 68. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -BMO Intermediate Tax Free | A | Dividend | K | T | | | | | |
| 70. -Pimco Total Return Class A (PTTDX) (Converted from Class F2) | A | Dividend | K | T | | | | | |
| 71. -T Rowe Price Tax Free Short Inter (PRFSX) | A | Dividend | L | T | | | | | |
| 72. -Thornburg Strategic Munipal Income C (TSSCX) | B | Dividend | L | T | | | | | |
| 73. -Vanguard GNMA Investor Cl (VFIIX) | A | Dividend | J | T | | | | | |
| 74. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | A | Dividend | L | T | | | | | |
| 75. College Fund 529 #1 (H) | | | | | | | | | |
| 76. -Capital World Growth & Income Fund Class 529A | B | Dividend | K | T | | | | | |
| 77. -Fundamental Investors Class 529A | C | Dividend | K | T | | | | | |
| 78. -Growth Fund of America Class 529A | C | Dividend | K | T | | | | | |
| 79. -Washington Mutual Investors Fund Class 529A | C | Dividend | K | T | | | | | |
| 80. -American Balanced Fund | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 81. -Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 82. College Fund 529 #2 (H) | | | | | | | | | |
| 83. -Capital World Growth & Income Fund Class 529A | B | Dividend | K | T | | | | | |
| 84. -Fundamental Investors Class 529A | C | Dividend | K | T | | | | | |
| 85. -Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Growth Fund of America Class 529A | D | Dividend | L | T | | | | | |
| 87. -Washington Mutual Investors Fund Class 529A | C | Dividend | K | T | | | | | |
| 88. -American Balanced Fund | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 89. Trust #5 (H) | | | | | | | | | |
| 90. -UBS Bank USA Dep Acct | A | Interest | K | T | | | | | |
| 91. -Ishares Core S and P 500 | A | Dividend | K | T | | | | | |
| 92. -Ishares Core MSCI EAFE | B | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 93. | | | | | Sold (part) | 07/16/18 | K | | |
| 94. | | | | | Sold (part) | 08/16/18 | K | | |
| 95. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 96. -Ishares Core MSCI Emerging Marketes ETF | A | Dividend | J | T | Buy (add'l) | 01/08/18 | L | | |
| 97. | | | | | Sold (part) | 04/05/18 | K | | |
| 98. | | | | | Sold (part) | 07/15/18 | J | | |
| 99. | | | | | Sold (part) | 08/16/18 | K | | |
| 100. | | | | | Sold (part) | 10/04/18 | K | | |
| 101. -Ishares Currency Hedged MSCI EAFE ETF | | None | | | Buy (add'l) | 01/08/18 | L | | |
| 102. | | | | | Sold | 04/05/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Ishares 7-10 Year Treas.Bond ETF | A | Dividend | | | Buy (add'l) | 01/08/18 | K | | |
| 104. | | | | | Sold | 02/20/18 | L | | |
| 105.  -Ishares IBoxx Invt. Grade Corporate Bond Fund | B | Dividend | L | T | Buy (add'l) | 01/08/18 | J | | |
| 106. | | | | | Buy (add'l) | 02/20/18 | K | | |
| 107. | | | | | Sold (part) | 05/17/18 | J | | |
| 108. | | | | | Buy (add'l) | 07/16/18 | K | | |
| 109.  -Ishares 20+ Year Treasury Bond ETF | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 110. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 111. | | | | | Sold | 07/16/18 | K | | |
| 112.  -Ishares Inter Term Corporate Bond ETF (Name Chg from Int Credit) | C | Dividend | L | T | Buy (add'l) | 01/04/18 | K | | |
| 113. | | | | | Sold (part) | 02/20/18 | K | | |
| 114. | | | | | Sold (part) | 06/30/18 | K | | |
| 115.  -American Funds Blackrock Multi Asset | C | Dividend | L | T | Buy (add'l) | 01/04/18 | J | | |
| 116.  -Ishares Short Maturity Bond ETF $.02 | B | Dividend | M | T | Buy (add'l) | 01/08/18 | J | | |
| 117. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 118. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 119. | | | | | Buy (add'l) | 07/16/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -American Funds International Growth and Income Class F2 | | None | | | Sold | 01/05/18 | K | D | |
| 121. -American Funds Amcap Fund Cl A | | None | | | Sold | 01/04/18 | K | E | |
| 122. -American Funds Fundamental Investors Fund Cl A | | None | | | Sold | 01/05/18 | K | E | |
| 123. -American Funds Growth Fund of America Class F2 | | None | | | Sold | 01/05/18 | K | E | |
| 124. -American Funds Washington Mutual Investors Fund Cl A | E | Dividend | M | T | Sold (part) | 04/03/18 | K | | |
| 125. | | | | | Sold (part) | 04/10/18 | J | A | |
| 126. -American Funds American Balanced Fund CL F2 | | None | | | Sold | 01/04/18 | M | E | |
| 127. -Ishares Global Tech EFT | A | Dividend | J | T | Buy | 07/12/18 | J | | |
| 128. -Ishares US Treasury bond ETF | A | Dividend | K | T | Buy | 02/15/18 | K | | |
| 129. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 130. I-shares Edge MSCI USA Momentum Factor ETF | A | Dividend | K | T | Buy | 04/03/18 | K | | |
| 131. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 132. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 133. -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | K | T | Buy | 01/09/18 | K | | |
| 134. | | | | | Buy (add'l) | 04/05/18 | K | | |
| 135. | | | | | Sold (part) | 05/17/18 | J | | |
| 136. | | | | | Sold (part) | 07/16/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Ishares JP Morgan USD Emerging Markets Bond ETF | B | Dividend | K | T | Buy | 01/04/18 | K | | |
| 138. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 139. Trust #6 (H) | | | | | | | | | |
| 140. -Amer. Funds Washington Mutual Inv.Fund Class F2 | D | Dividend | L | T | Sold (part) | 04/03/18 | J | | |
| 141. -American Funds Amcap Fd Cl F2 | | | | | Sold | 01/05/18 | M | E | |
| 142. -American Funds Balanced Fund Class F2 | D | Dividend | M | T | Sold (part) | 04/02/18 | J | | |
| 143. -American Funds Fundamental Investors Fund Class F2 | C | Dividend | K | T | Sold (part) | 01/05/18 | M | E | |
| 144. -American Funds International Growth and Income Class F2 | C | Dividend | L | T | Sold (part) | 04/03/18 | J | A | |
| 145. | | | | | Sold (part) | 05/31/18 | J | B | |
| 146. -Blackrock Multi Asset Income Portfolia Instl Class | D | Dividend | L | T | | | | | |
| 147. -Cash | A | Interest | J | T | | | | | |
| 148. -Ishares 20+ Year Treasury Bond ETF | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 149. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 150. | | | | | Buy (add'l) | 07/12/18 | K | | |
| 151. -IShares 7-10 Year Treasury.Bond EFF | A | Dividend | | | Sold | 01/08/18 | K | | |
| 152. | | | | | Sold | 02/15/18 | L | | |
| 153. -Ishares Core MSCI EAFE ETF | B | Dividend | L | T | Buy (add'l) | 01/08/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/05/18 | K | | |
| 155. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 156. | | | | | Buy (add'l) | 10/04/18 | K | | |
| 157. -Ishares Core MSCI Emerging Markets ETF | B | Dividend | K | T | Buy (add'l) | 01/08/18 | L | | |
| 158. | | | | | Sold (part) | 04/05/18 | K | A | |
| 159. | | | | | Sold (part) | 07/16/18 | J | | |
| 160. | | | | | Sold (part) | 10/14/18 | K | | |
| 161. -Ishares Currency Hedged MSCI EAFE ETF | | None | | | Sold (part) | 04/04/18 | J | | |
| 162. | | | | | Sold | 04/05/18 | K | A | |
| 163. -Ishares Core S & P 500 ETF | B | Dividend | L | T | Buy | 01/08/18 | K | | |
| 164. | | | | | Sold (part) | 04/04/18 | J | | |
| 165. -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | K | T | Buy | 01/08/18 | K | | |
| 166. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 167. | | | | | Sold (part) | 05/17/18 | K | | |
| 168. -Ishares Edge MSCI USA Momentum Factor ETF | A | Dividend | K | T | Buy | 04/05/18 | J | | |
| 169. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 170. -Ishares IBOXX $ Investment Grade Corporate Bod ETF | C | Dividend | L | T | Buy (add'l) | 01/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 02/28/18 | L | | |
| 172. | | | | | Sold (part) | 04/04/18 | J | | |
| 173. | | | | | Sold (part) | 05/15/18 | J | | |
| 174. | | | | | Buy (add'l) | 07/16/18 | K | | |
| 175. -Ishares Int-Term Corporate Bond ETF (Name change from Inter Credit) | C | Dividend | L | T | Buy (add'l) | 01/08/18 | K | | |
| 176. | | | | | Sold (part) | 02/20/18 | K | | |
| 177. | | | | | Sold (part) | 04/04/18 | J | | |
| 178. | | | | | Sold (part) | 05/17/18 | J | | |
| 179. | | | | | Sold (part) | 07/18/18 | L | | |
| 180. -Ishares JP Morgan USD Emerging Markets Bond ETF | B | Dividend | K | T | Buy | 01/08/18 | K | | |
| 181. | | | | | Sold (part) | 04/30/18 | J | | |
| 182. -Ishares Global Tech ETF | A | Dividend | J | T | Buy | 07/12/18 | J | | |
| 183. -Ishares Short Maturity Bond ETF | B | Dividend | M | T | Buy (add'l) | 01/08/18 | K | | |
| 184. | | | | | Buy (add'l) | 02/20/18 | K | | |
| 185. | | | | | Sold (part) | 04/04/18 | J | | |
| 186. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 187. | | | | | Buy (add'l) | 07/16/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. I-shares US Treasury Bond ETF | A | Dividend | K | T | Buy (add'l) | 02/20/18 | K | | |
| 189. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 190. -The Growth Fund of America Fund Class F2 | | None | | | Sold | 01/04/18 | M | F | |
| 191. The Income fund of America Cl F2 | D | Dividend | M | T | Sold (part) | 04/03/18 | J | | |
| 192. IRA #6 (H) | | | | | | | | | |
| 193. -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 194. -American Funds New Perspective Fund Cl A | D | Dividend | L | T | Distributed (part) | 02/14/18 | M | | See Part VIII, Note 2 |
| 195. -American Funds Washington Mutual Investors Fund Cl A | D | Dividend | M | T | Distributed (part) | 03/08/18 | L | | See Part VIII, Note 2 |
| 196. | D | Dividend | M | T | Buy (add'l) | 03/08/18 | L | | |
| 197. -American Funds Capital World Growth & Income Fund | C | Dividend | L | T | Distributed (part) | 02/14/18 | M | | See Part VIII, Note 2 |
| 198. -American Funds Growth Fund of America Class A | | None | | | Distributed (part) | 02/14/18 | L | | See Part VIII, NOte 2 |
| 199. | | | | | Sold | 03/08/18 | L | D | |
| 200. -American Funds Global Balanced Fund A | C | Dividend | M | T | Distributed (part) | 02/14/18 | L | | See Part VIII, Note 2 |
| 201. -American Funds American Balanced Fund Cl A | D | Dividend | M | T | Distributed (part) | 02/14/18 | M | | See Part VIII, Note 2 |
| 202. -American Funds Income Fund of America Cl A | D | Dividend | M | T | Distributed (part) | 02/14/18 | M | | See Part VIII, Note 2 |
| 203. IRA # 7 (H) | | | | | | | | | |
| 204. -UBS Bank USA Dep Acct | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -American Funds Capital World Growth & Income Fund | D | Dividend | M | T | | | | | |
| 206. -American Funds Growth Fund of America Class A | | None | | | Sold | 03/08/18 | M | A | |
| 207. -American Funds New Perspective Fund Cl A | D | Dividend | M | T | | | | | |
| 208. -American Funds Washington Mutual Investors Fund Cl A | E | Dividend | N | T | Buy (add'l) | 03/08/18 | M | | |
| 209. -American Funds Global Balanced Fund A(X) | C | Dividend | M | T | | | | | |
| 210. -American Funds American Balanced Fund Cl A(X) | E | Dividend | N | T | | | | | |
| 211. -American Funds Income Fund of America Cl A(X) | E | Dividend | N | T | | | | | |
| 212. IRA #4 (H) | | | | | | | | | |
| 213. -UBS Bank USA Dep Acct | A | Interest | J | | | | | | |
| 214. -Invesco Equally-Weighted S&P 500 Fund | E | Dividend | M | | | | | | |
| 215. -JP Morgan Large Cap Growth Fund Class I | | None | | | Sold | 09/06/18 | N | E | |
| 216. -MFS Value FundD CLASS A | B | Dividend | | | Sold | 09/06/18 | N | D | |
| 217. -MFS Growth Fund | | None | M | T | | | | | |
| 218. IRA #9 (H) | | | | | | | | | |
| 219. -UBS Bank USA Dep Acct | A | Interest | L | T | | | | | |
| 220. -Ishares Russell 1000 EFT | C | Dividend | M | T | | | | | |
| 221. -Ishares Russell 2000 EFT | A | Dividend | | | Sold | 09/10/18 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Ishares Russell Midcap EFT | B | Dividend | | | Sold | 09/10/18 | M | F | |
| 223. -American Funds Capital Income Builder Fund CL A | E | Dividend | O | T | Buy (add'l) | 06/01/18 | K | | |
| 224. | | | | | Buy (add'l) | 09/10/18 | M | | |
| 225. -American Funds American Washington Mutual Fund Cl A | D | Dividend | M | T | Sold (part) | 06/01/18 | M | E | |
| 226. -American Funds Global Balanced Fund A | C | Dividend | M | T | | | | | |
| 227. -American Funds American Balanced Fund Cl A | E | Dividend | O | T | Buy (add'l) | 06/01/18 | L | | |
| 228. | | | | | Buy (add'l) | 09/10/18 | M | | |
| 229. -American Funds Capital World Growth & Income Fund | D | Dividend | L | T | Sold (part) | 06/01/18 | M | E | |
| 230. -American Funds Income Fund of America | E | Dividend | N | T | Buy (add'l) | 06/01/18 | M | | |
| 231. Brokerage #1 (H) | | | | | | | | | |
| 232. -Tax-Exempt Money Mkt | | None | | | Closed | 03/02/18 | J | | |
| 233. -Treasury Money Market | | None | | | Closed | 03/02/18 | J | | |
| 234. IRA #10 (H) | | | | | | | | | |
| 235. -Federal Money Mkt Fnd | A | Dividend | J | T | | | | | |
| 236. Total Stock Mkt IDX Adm | A | Dividend | K | T | | | | | |
| 237. Brokerage #2 (H) | | | | | | | | | |
| 238. -Federal Money Mkt Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Municipal Money Mkt Fd - Name Change from Tax Exempt Money Market Fd | A | Dividend | J | T | | | | | |
| 240. -Treasury Money Market | A | Dividend | J | T | | | | | |
| 241. IRA #11 (H) | | | | | | | | | |
| 242. -Dividend Growth Fund | E | Dividend | M | T | | | | | |
| 243. -Federal Money Mkt Fnd | A | Dividend | J | T | | | | | |
| 244. -GNMA Fund Admiral Shares | B | Dividend | K | T | | | | | |
| 245. -Short-Term Invest Gr Adm | A | Dividend | J | T | | | | | |
| 246. -STerm Inf Pro Sec Idx Adm | B | Dividend | L | T | | | | | |
| 247. -Treasury Money Market | A | Dividend | J | T | | | | | |
| 248. -Wellesley Income Fund Adm | C | Dividend | K | T | Distributed (part) | 01/19/18 | K | | Trans to Line 250 |
| 249. -Windsor II Fund ADM | | | | | | | | | Se Part VIII, Note 1 |
| 250. -PRIMECAP Core Fund | C | Dividend | L | T | | | | | |
| 251. -International Growth Inv. | A | Dividend | K | T | Buy | 01/19/18 | K | | |
| 252. -PRIMECAP Fund Admiral | C | Dividend | L | T | Open | 01/05/18 | L | | |
| 253. -PRIMECAP Fund Investor-Converted to Primecap Fd Admiral | | None | | | Closed | 01/05/18 | L | | |
| 254. -Vanguard Federal Money Market Fund | A | Dividend | K | T | | | | | |
| 255. -Artisan Intl Investor CL | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/16/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -FPA Crescent | C | Dividend | K | T | | | | | |
| 257. -Vanguard Dividend Appreciation ETF | A | Dividend | K | T | | | | | |
| 258. -Vanguard High Dividend Yield ETF | | None | | | Sold (part) | 01/23/18 | K | D | |
| 259. | | | | | Sold | 11/19/18 | K | C | |
| 260. -Schwab US Dividend Equity | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 261. Brokerage #3 (H) | | | | | | | | | |
| 262. -Fidelity Government Money Market | A | Int./Div. | J | T | | | | | |
| 263. -United Finl Bancorp Inc Md Com | A | Dividend | J | T | | | | | |
| 264. -MFS Utilities Class A | A | Dividend | K | T | | | | | |
| 265. -Fidelity Mass Muni Money Market | A | Dividend | J | T | | | | | |
| 266. IRA #12 (H) | | | | | | | | | |
| 267. -Vanguard Specialized Funds Div App ETF | C | Dividend | M | T | Sold (part) | 12/12/18 | L | E | |
| 268. | | | | | Sold (part) | 12/19/18 | K | D | |
| 269. - Vanguard Consumer Staples Vipers | A | Dividend | K | T | | | | | |
| 270. -Vanguard Utils Vipers | A | Dividend | J | T | | | | | |
| 271. -Oakmark Fund Investor Class | A | Dividend | J | T | | | | | |
| 272. -Oakmark Intl Investor | | None | | | Sold | 11/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Oppenheimers Steel Path MLP Income Cl Y | | None | J | T | | | | | |
| 274. -SPDR Gold Tr Gold SHS | | None | J | T | | | | | |
| 275. -Cohen & Steers Realty Shares | A | Dividend | J | T | Buy | 06/30/18 | J | | |
| 276. -ARK ETF TR Innovation ETF | A | Dividend | J | T | Buy | 06/30/18 | J | | |
| 277. -ETF Managers TR AI Powered | A | Dividend | J | T | Buy | 06/30/18 | J | | |
| 278. -Berkshire Hathaway Inc - Cost | | None | J | T | Buy | 06/30/18 | J | | |
| 279. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 280. -Fidelity Government Money Market | A | Dividend | M | T | | | | | |
| 281. IRA #13 (H) | | | | | | | | | |
| 282. -Berkshire Hathaway Inc Del Cl B | | None | N | T | | | | | |
| 283. -BHP Billiton Limited ADR Each Rep 2 Ord | A | Dividend | J | T | | | | | |
| 284. -IShares Silver Tr Ishares | | None | J | T | | | | | |
| 285. -Ishares Russell Midcap | B | Dividend | K | T | Sold (part) | 12/19/18 | J | D | |
| 286. -Ishares Core S&P Small Cap EFT | B | Dividend | K | T | Sold (part) | 12/19/18 | J | D | |
| 287. -Powershares QQQ Tr Unit Ser | A | Dividend | L | T | | | | | |
| 288. -SPDR Gold Tr Gold SHS | | None | K | T | | | | | |
| 289. -Fidelity Contrafund | C | Dividend | K | T | Sold (part) | 12/18/18 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Fidelity Low Priced Stock | C | Dividend | K | T | Sold (part) | 12/18/18 | J | C | |
| 291. -Pimco All Asset Fund Class A (Converted from Class D) | B | Dividend | K | T | | | | | |
| 292. -Fidelity Treasury Only Money Market Fd | A | Dividend | J | T | | | | | |
| 293. -Fidelity Govt Cash Reserves | A | Dividend | L | T | | | | | |
| 294. Bank Account #1 - Bank of America (X) | A | Interest | J | T | | | | | |
| 295. Bank Account #3 - Bank of America | A | Interest | L | T | | | | | |
| 296. Bank Account #2 - JPMorgan Chase | | None | J | T | | | | | |
| 297. IRA #14 (H) | | | | | | | | | |
| 298. -Amer. Funds Growth Fund of America Class A | | None | L | T | Open | 02/14/18 | L | | See Part VIII, Note 2 |
| 299. -Amer. Funds New Perspective Fund | | None | M | T | Open | 02/14/18 | M | | See Part VIII, Note 2 |
| 300. -Amer. Funds Washington Mutual InvesFund. Cl A | D | Dividend | M | T | Open | 02/14/18 | L | | See Part VIII, Note 2 |
| 301. -Amer. Funds Global Balanced Fund A | B | Dividend | M | T | Open | 02/14/18 | L | | See Part VIII, Note 2 |
| 302. -Amer. Funds American Balanced Fund Cl. A | B | Dividend | M | T | Open | 02/14/18 | M | | See Part V II, Note 2 |
| 303. -Amer. Funds Capital World Growth & Income | B | Dividend | | | Open | 02/14/18 | M | | See Part VII, Note 2 |
| 304. -Amer. Funds Income Fund of America Cl A | C | Dividend | M | T | Open | 02/14/18 | M | | See Part VIII, Note 2 |
| 305. President & Fellows of Harvard - Trusts & Gifts Department | B | Distribution | K | T | | | | | |
| 306. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 08/16/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 Sale on 12/04/17 in the amount of code K with a gain of code D omitted from 2017 report

Note 2 Transfers made from IRA #6 to IRA #14

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ilana D. Rovner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544